

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2019

No. 04-18-00546-CR

Leslie Ann **GONZALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 561258
Honorable Susan Elizabeth Skinner, Judge Presiding

## O R D E R

    Appellant's second motion for extension of time is GRANTED. Appellant's brief is due March 4, 2019. No further extensions will be granted absent extenuating circumstances.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court